## DUNCAN *vs.* RICHARDSON.

[ACTION ON OPEN ACCOUNT.]

1. *Waiver of security for costs.*—In an action brought by a non-resident, and commenced in a justice's court, if the defendant appears before the justice, and engages in a trial on the merits. he cannot, after the cause has been removed by the plaintiff to the circuit court, move to dismiss it for want of security for the costs.

APPEAL from the Circuit Court of Pickens.

Tried before the Hon. WILLIAM S. MUDD.

E. W. Peck, for the appellant.

S. F. Hale, *contra*.

STONE, J.—The defendant engaged in the trial of this case before the justice of the peace, and succeeded in establishing a defense on the merits. After the case was carried by appeal to the circuit court, he moved to dismiss the suit, because no security for costs had been given by the plaintiff; he being a non-resident when the suit was commenced. The defendant had waived his right to make the motion.—Weeks v. Napier, at present term; Thompson v. Clopton, 31 Ala. 647.

Judgment affirmed.